```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 27177
    MICHAEL A YARBROUGH
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5492


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/08/2005 and was confirmed 09/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.69% from remaining funds.

     The case was paid in full 09/08/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          7338.69             .00          7338.69
INTERNAL REVENUE SERVICE  UNSECURED         2350.34             .00           627.19
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED             .00              .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00              .00
COMMERCIAL RECOVERY SYST  UNSECURED       NOT FILED             .00              .00
ASPIRE                    UNSECURED OTH     295.57              .00            78.83
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED             .00              .00
CARDIOLOGY DIAGNOSTIC SE  UNSECURED       NOT FILED             .00              .00
CHECK RITE                UNSECURED       NOT FILED             .00              .00
CITY OF CHICAGO PARKING   UNSECURED          270.00             .00            72.05
SECRETARY OF STATE        NOTICE ONLY     NOT FILED             .00              .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED             .00              .00
COCONUTS                  UNSECURED       NOT FILED             .00              .00
CPS SECURITY              UNSECURED       NOT FILED             .00              .00
EQUIFAX CHECK SERVICES    UNSECURED       NOT FILED             .00              .00
FARDI KARIMI MD PC        UNSECURED       NOT FILED             .00              .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED             .00              .00
JEFFERSON CAPITAL         UNSECURED       NOT FILED             .00              .00
ALLIED INTERSTATE         UNSECURED       NOT FILED             .00              .00
ONYX ACCEPTANCE CORP      UNSECURED         6623.95             .00          1767.60
PEOPLES GAS LIGHT & COKE  UNSECURED             .00             .00              .00
SPRINT PCS                UNSECURED       NOT FILED             .00              .00
TCF NATIONAL BANK         UNSECURED       NOT FILED             .00              .00
PROFFESSIONAL ACCOUNT MG  UNSECURED       NOT FILED             .00              .00
TOYS R US                 UNSECURED       NOT FILED             .00              .00
U HAUL                    UNSECURED       NOT FILED             .00              .00
WALGREENS CORP            UNSECURED       NOT FILED             .00              .00
WAL MART STORES INC       UNSECURED          178.54             .00            47.64
WEXLER & WEXLER           UNSECURED       NOT FILED             .00              .00
WELCOME AMERICA           UNSECURED       NOT FILED             .00              .00
RAJAN SHARMA DDS          UNSECURED       NOT FILED             .00              .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27177 MICHAEL A YARBROUGH
```

```
MELVIN J KAPLAN            DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                        818.00
DEBTOR REFUND              REFUND                                         234.46

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     13,684.46

PRIORITY                                            7,338.69
SECURED                                                  .00
UNSECURED                                           2,593.31
ADMINISTRATIVE                                      2,700.00
TRUSTEE COMPENSATION                                  818.00
DEBTOR REFUND                                         234.46
                           ---------------     ---------------
TOTALS                      13,684.46              13,684.46
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE